UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MAERSK LOGISTICS & SERVICES USA INC.   )
)
)
          Plaintiff,   )   Civil Action No.
)
v   )   **COMPLAINT**
)
CORBAN ENERGY GROUP CORP.   )
)
          Defendants.   )
)
)

---

Plaintiff, MAERSK LOGISTICS & SERVICES USA INC. ("MAERSK") as and for a Complaint against defendant CORBAN ENERGY GROUP CORP ("CORBAN") alleges as follows:

## THE PARTIES

1. MAERSK provides international and interstate transportation and related logistics services to its customers and has an office and place of business at 180 Park Avenue, Florham Park, NJ 07932-1054.

2. CORBAN is an importer, supplier or seller of tanks and tank equipment and has a principal office and place of business at 418 Falmouth Avenue, Elmwood Park, NJ 07407-3305.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1333 as it involves a maritime contract for international and interstate transportation of goods within the Cout's admiralty or maritime jurisdiction within the meaning of Fed. R. Civ. P. 9(h).

4. Venue is proper under 28. U.S.C. Section 1391(b) in that the parties are

located within this District and the events and transactions at issue have a substantial connection to this District.

## FACTUAL SUMMARY

5.      In or about early 2025, MAERSK contracted with CORBAN to provide marine transportation and other logistical services to CORBAN with respect to a shipment of five (5) liquified natural gas (LNG) tanks.

6.      MAERSK arranged for the five (5) LNG tanks to be transported by ocean vessel from Pusan, Korea to Norfolk, Virginia and from there continued water carriage to a final destination in Bishopville, MD.

7.      MAERSK quoted to CORBAN certain rates for plaintiff's marine and logistical services and CORBAN agreed to pay MAERSK's rates.

8.      MAERSK's services to CORBAN were completed in or about June, 2025 and CORBAN accepted MAERSK's services as full performance of their contractual agreement.

9.      On or about July 25, 2025, MAERSK remitted to CORBAN a final Invoice in the amount of $1,483,214.66 with respect to the Bishopville project.

10.     CORBAN received and retained MAERSK's final Invoice but has failed to pay plaintiff any part of the Invoice.

## FIRST CAUSE OF ACTION

### (Breach of Maritime Contract)

11.     MAERSK repeats and realleges the allegations set forth in paragraphs "1" through "10" as though fully set forth at length herein.

12.     By reason of the foregoing facts, CORBAN has breached its contractual agreement with MAERSK and is liable and indebted to MAERSK in the principal sum of

$1,483,214.66.

## SECOND CAUSE OF ACTION

### (Account Stated)

13.    MAERSK repeats and realleges the allegations set forth in paragraphs "1" through "10" as though fully set forth at length herein.

14.    Defendant CORBAN received and retained MAERSK's final Invoice without objecting to or rejecting MAERSK's services and rates reflected in the Invoice.

15.    Based on the foregoing facts, CORBAN is liable and indebted to MAERSK for an account stated in the principal amount of $1,483,214.66.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues.

WHEREFORE, plaintiff, MAERSK LOGISTICS & SERVICES USA INC., demands final judgment against defendant, CORBAN ENERGY GROUP CORP., in the principal sum of $1,483,214.66 together with attorneys fees, prejudgment interest, costs and such other and further relief as the Court deems just and proper.

Dated: April 27, 2026

GEORGE W. WRIGHT & ASSOCIATES, LLC

BY: _____
GEORGE W. WRIGHT
Attorneys for Plaintiff
505 Main Street, Suite 106
Hackensack, New Jersey 07601
(201) 342-8884
(gwright@wright-associate.com)

3